UNITED STATES COURT OF APPEALS
For the Eleventh Circuit

_____

No. 12-14726
_____

District Court Docket No.
2:08-cv-00556-UA-DNF

2002 IRREVOCABLE TRUST FOR RICHARD C. HVIZDAK,
a legal trust,
2007 RICHARD C. HVIZDAK SEPARATE TRUST,
a Delaware trust,
RCH TRUST HOLDINGS I, LP,
a Delaware limited partnership,

            Plaintiffs - Appellants,

versus

THE HUNTINGTON NATIONAL BANK,
successor by merger with Sky Bank, et al.,

            Defendants,

SHENZHEN DEVELOPMENT BANK CO., LTD,

            Defendant - Appellee.
_____

Appeal from the United States District Court for the
Middle District of Florida
_____

JUDGMENT

It is hereby ordered, adjudged, and decreed that the opinion issued on this date in this appeal is entered as the judgment of this Court.

Entered:   March 26, 2013
For the Court:   John Ley, Clerk of Court
By:   Djuanna Clark